UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thomas Acas,<br>    *Plaintiff,*<br><br>    *v.*<br><br>Connecticut Department of Correction,<br>    *Defendant*. | Civil No. 3:06cv1855 (JBA) |

**RULING ON PLAINTIFF'S MOTION FOR ARTICULATION [Doc. # 38]**

Plaintiff Thomas Acas filed suit against the Connecticut Department of Correction alleging sex and race discrimination in violation of Title VII. In a ruling dated September 29, 2008 [Doc. # 35] ("Ruling on Summary Judgment"), this Court granted Defendant's Motion for Summary Judgment as to both counts and denied Plaintiff's Motion for Leave to Amend Complaint. Plaintiff has now filed a Motion for Articulation [Doc. # 38] seeking the Court's reasoning in its grant of summary judgment as he prepares an appeal.

The Federal Rules of Civil Procedure do not contemplate a Motion for Articulation, and in any event the Court discussed the factual and legal bases for its conclusion in the Ruling on Summary Judgment. Because the Court has already issued a document providing the information Plaintiff seeks, his motion is moot. The docket in this case indicates that the Ruling on Summary Judgment was served on Plaintiff's counsel by e-mail via the CM/ECF system. Nonetheless, and notwithstanding the fact that Plaintiff has not filed a Notice of Appearance as a *pro se*, a copy of the Court's Ruling on Summary Judgment shall be sent to Plaintiff directly at the address indicated in his Motion.

For the reasons stated above Plaintiff's Motion for Articulation [Doc. # 38] is DENIED AS MOOT. The Clerk is directed to send copies of this ruling and the Court's Ruling on Summary Judgment [Doc. # 35] to Plaintiff Thomas Acas at 480 Middlebury Road, Middlebury, Connecticut, 06762.

IT IS SO ORDERED.

     /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 19th day of November, 2008.